IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                                    ) | |
|             Plaintiff,                                        ) | |
|                                                                    ) | |
|        -v-                                                       ) | Case Number:4:08CR3083 |
|                                                                    ) | |
|                                                                    ) | |
| PEDRO HERNANDEZ,                            ) | ORDER |
|                                                                    ) | |
|             Defendant.                                    ) | |

THIS MATTER comes before the Court on defendant's motion to continue the entry of plea currently scheduled for November 20, 2008. The United States Attorneys Office is not opposed to this motion.

IT IS THEREFORE ORDERED:

1. The motion for an enlargement of time filed by defendant Hernandez, (filing 17), is granted. The entry of plea is reset for December 11, 2008 at 1:00 p.m.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 18th day of November, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge