IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3083 |
| | ) | |
| V. | ) | |
| | ) | |
| PEDRO MONIER HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue sentencing (filing 29) is denied.

January 12, 2009.              BY THE COURT:

                               *S/Richard G. Kopf*
                               United States District Judge