IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>PEDRO MONIER HERNANDEZ,<br><br>           Defendant. | 4:08CR3083<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 73) is granted.

2) The Court's prior order, (Filing No. 71) is modified as follows: Upon defendant's anticipated graduation from treatment at Bridge Behavioral Health on June 17, 2014, the defendant is permitted to transition to Houses of Hope in Lincoln, Nebraska.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

June 16, 2014.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge